Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Ling Li



10/13/2009

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ling Li,**           Plaintiffs,      v.  **Janet Napolitan,** Secretary of the Department of Homeland Security; **Alejandro Mayorkas**, Director of United States Citizenship and Immigration Services; **Eric Holder, Jr.**, United States Attorney General; **Robert S. Mueller, III**, Director of Federal Bureau of Investigation,           Defendants | Case No. C09 03949JW  **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

    Plaintiff, by and through their attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiffs' I-485 *Application to Register Permanent Residence or Adjust Status*.

///

///

DATED: October 7, 2009                     Respectfully Submitted,

                                                   _____/s/_____
                                                   Justin Fok, CSBN: 242272
                                                   Attorney for Plaintiffs

IT IS SO ORDERED.  The Clerk shall close this file.

Dated: October 13, 2009

                                                   _____
                                                   United States District Judge